# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

| | |
|---|---|
| BERNARD FIDEL, et al., On Behalf of Themselves and All Others Similarly Situated, ) ) ) | Civil Action No. 1:00CV-48-M (Consolidated) |
| Plaintiffs, ) ) | CLASS ACTION |
| vs. ) ) | ORDER AWARDING LEAD PLAINTIFFS' COUNSEL'S ATTORNEYS' |
| WILLIAM FARLEY, et al., ) ) | FEES AND REIMBURSEMENT OF EXPENSES AND REIMBURSEMENT OF |
| Defendants. ) ) ) | LEAD PLAINTIFFS' EXPENSES |

This matter having come before the Court on March 3, 2006, on the application of counsel for the Lead Plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred in this Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of December 14, 2005 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this Application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards plaintiffs' counsel attorneys' fees of 25% of the Settlement Fund and reimbursement of expenses in the amount of $937,704.43 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among plaintiffs' counsel in the Litigation in a manner which, in Lead Plaintiffs' counsel's good faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. Pursuant to 15 U.S.C. §78u-4(a)(4), the Court awards $7,500.00 each to Dr. Bernard Fidel, Yitz Grossman and Stanley Mical in reimbursement of their expenses.

- 2 -

5. The awarded attorneys' fees and expenses shall be paid to Lead Plaintiffs' counsel subject to the terms, conditions and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

Copies to: Counsel of record